**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF PENNSYLVANIA
US COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1797

MICHAEL E. KUNZ
CLERK OF COURT

CLERK'S OFFICE
ROOM 2609
TELEPHONE
215) 597-

RECEIVED
BY MAIL

FEB 2 9 2008

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

RE: ASBESTOS PRODUCTS LIABILITY LITIGATION  (VI)  MDL 875

Dear Clerk:

    Enclosed please find executed orders pertaining to the referenced litigation. Since our clerk's office is not maintaining the court records on the involved 93,000 actions, we are forwarding these orders to you for summary entry on the individual dockets, distribution to counsel of record and other appropriate action.

    Thank you in advance for your time and attention. If you have any questions, please call me at (267) 299-7019.

Sincerely,

MICHAEL E. KUNZ
CLERK OF COURT

By: MDL Coordinator

enclosure:

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. IV):          Civil Action No. MDL 875

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI

| Plaintiff | | Case No. |
|---|---|---|
| Winton A. Albert, | ) | 4:04-CV-1388-AGF |
| Charles R. and Judith M. Belgeri, | ) | 4:04-CV-1389-AGF |
| John J. and Shirley Bockskopf, | ) | 4:04-CV-1390-DDN |
| Edward and Enola Borgmann, | ) | 4:04-CV-1391-FRB |
| James and Ruby Britton, | ) | 4:04-CV-1392-DDN |
| Lawrence and Ethel Christopher, | ) | 4:04-CV-1393-CEJ |
| Thomas John Collins, | ) | 4:04-CV-1394-TCM |
| William F. Filla, | ) | 4:04-CV-1395-CEJ |
| John W. Forristall, | ) | 4:04-CV-1396-FRB |
| Marvin and Doris Knuckles, | ) | 4:04-CV-1397-ERW |
| John and Janet Martin, | ) | 4:04-CV-1398-TCM |
| Joseph W. and Lucille Needham, | ) | 4:04-CV-1399-AGF |
| Joseph J. and Elizabeth Ryan, | ) | 4:04-CV-1400-AGF |
| Paul and Roxie Seabaugh, | ) | 4:04-CV-1401-AGF |
| James and Sharon Welch, | ) | 4:04-CV-1402-ERW |
| John and Lois Bess, | ) | 4:04-CV-1403-AGF |
| William and Edith L. York, | ) | 4:04-CV-1404-HEA |
| Arthur R. and Shirley Waterman, | ) | 4:04-CV-1405-CEJ |
| Edmond D. and Maryann Shay, | ) | 4:04-CV-1406-TCM |
| Raymond L. Hartrup, | ) | 4:04-CV-1407-TCM |
| Richard and Margie Klein, | ) | 4:04-CV-1408-TCM |
| Thomas P. Hanley, | ) | 4:04-CV-1409-CEJ |
| Gary L. and Janet Burle, | ) | 4:04-CV-1410-HEA |
| Robert L. and Mary Ann Philips, | ) | 4:04-CV-1411-FRB |
| Johnny W. and Roslyn J. Vavak, | ) | 4:04-CV-1412-AGF |
| Ruby Lee Smith, | ) | 4:04-CV-1558-FRB |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| 3M Company, et al., | ) | |
| | ) | |
| Defendants. | | |

297124.1

## Order

It is hereby ordered that eh motion of defendant Yarway Corporation for substitution of counsel is Granted; It is Further Ordered that Philip Sholtz of Spencer Fane Britt & Browne shall be substituted as counsel of record for defendant Yarway and that Thomas D. Veltz is granted leave to withdraw.

SO ORDERED this 14th day of ~~March~~ Feb, 2008.

_____ J.
JUDGE
James T. Giles